## CIVIL MINUTES

DATE: 4-13-12   CASE NUMBER: 1:12CV356   START 11:54
JUDGE: Lee   REPORTER: R. Wilson   END 12:30

People for the Ethical Treatment of Animals, Inc.
v.
Merck & Co., Inc.

Counsel for Plaintiff(s): Jonathan Mook

Counsel for Defendant(s): Hope Hamilton

THIS MATTER CAME ON FOR HEARING ON:

Petf's motion for TRO and PI. Heard, findings stated, and denied (TRO). Oral mot. by Merck for summary judgment - Court dir. Merck's counsel to file an appropriate notice of hrg., as that matter was not set for a hrg. today.

Order to follow.