**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **PEOPLE FOR THE ETHICAL** ) <br> **TREATMENT OF ANIMALS, INC.** ) <br> ) <br> **Plaintiff,** ) <br> ) Civil No. 1:12-cv-356 <br> **v.** ) <br> ) <br> **MERCK & CO., INC.,** ) <br> ) <br> **Defendant.** ) <br> _____) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, People for the Ethical Treatment of Animals, Inc. ("PETA"), hereby voluntarily dismisses this action.

        Respectfully submitted,

        */s/*_____
        Bernard J. DiMuro, Esq. (VSB No. 18784)
        Jonathan R. Mook, Esq. (VSB No. 19177)
        Taylor S. Chapman, Esq. (VSB No. 81968)
        DiMuroGinsberg, P.C.
        1101 King Street, Suite 610
        Alexandria, Virginia 22314-2956
        Phone:  (703) 684-4333
        Fax:  (703) 548-3181
        Email:  bdimuro@dimuro.com;
        jmook@dimuro.com;
        *Counsel for Plaintiff*

Of Counsel:
*Jeffrey S. Kerr*
General Counsel and
Senior Vice President of Corporate Affairs
PETA Foundation
1536 16th Street, N.W.
Washington, D.C. 20036
Phone:  (202) 540-2171 (Office)
Fax:    (202) 540-2208 (Facsimile)
E-mail:  JeffK@PETAF.org

## CERTIFICATE OF SERVICE

   I hereby certify that on April 16, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

  Hope Hamilton
  Edward Rippey
  Brett Clarence Reynolds
  Covington & Burling, LLP
  1201 Pennsylvania Avenue, N.W.
  Washington, D.C.  20004
  hhamilton@cov.com
  *Counsel for Merck & Co., Inc.*

                 _____s/_____
                 Bernard J. DiMuro, Esq. (VSB # 18784)
                 Jonathan R. Mook, Esq. (VSB #19177)
                 Taylor S. Chapman, Esq. (VSB # 81968)
                 DIMUROGINSBERG, P.C.
                 1101 King Street, Suite 610
                 Alexandria, Virginia 22314-2956
                 Phone: (703) 684-4333
                 Fax: (703) 548-3181
                 Email: bdimuro@dimuro.com
                 jmook@dimuro.com
                 tchapman@dimuro.com

                 *Counsel for People for the Ethical Treatment of Animals*